# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNY TODD METZGER and JANNA MARIE METZGER, </br></br>  Plaintiff(s) </br></br> vs. </br></br> BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P., </br></br> Defendant(s) | ) ) ) ) ) ) ) No. CIV-11-94-JHP ) ) ) ) ) ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within fifteen (15) days from the date of this order.**

Dated this 5th day of June, 2012.

James H. Payne  
United States District Judge  
Eastern District of Oklahoma